UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-490(DSD/JMM)

United States of America,

Plaintiff,

v.

**FINAL ORDER OF FORFEITURE**

One E-Machine 586 Computer System, Serial #70707, Including Keyboard and Mouse; One Hewlett Packard 932C Printer, Serial #MY9BM11008; One Hewlett Packard Scanjet 5P Scanner, Serial #SG72M1114F; and One Genuine $20 Federal Reserve Note, Serial #BF63113752A,

Defendants.

Based on the plaintiff's motion for default judgment against Brandon Anthony Carlson and all unknown persons and entities having an interest in the defendants pursuant to Rule 55(b)(2), Fed. R. Civ. P. and for forfeiture of the defendants; on all the files and records in this action; and on the court's finding as follows that:

1. Process was fully issued in this action and returned according to law;

2. Pursuant to a Warrant of Arrest and a Notice In Rem issued by the Clerk of Court, the United States Secret Service for the District of Minnesota arrested the defendants;

3. A Notice of Arrest and Seizure was published in Finance and Commerce, Minneapolis, Minnesota, on April 27, May 4 and May 11, 2001;

FILED 7-27-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7-27-01
Deputy Clerk's Initials

4. The United States Secret Service served Brandon Anthony Carlson, through his attorney, Robert D. Sicoli, on April 19, 2001, with copies of the verified complaint for forfeiture, summons and warrant of arrest and Notice In Rem;

5. No claims for the defendants or answers to the complaint for forfeiture have been filed with the Clerk of Court or served on the United States Attorney, and the time for filing a claim and answer has expired;

6. The Clerk of Court entered default against Brandon Anthony Carlson and all unknown persons and entities having an interest in the defendants for failure to file a claim and answer or otherwise defend this action within the time permitted by Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims and 18 U.S.C. § 983(a)(4)(A) and (B); and

7. The plaintiff has established by a preponderance of the evidence that the defendants are subject to forfeiture pursuant to 18 U.S.C. § 492.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Default judgment is entered against Brandon Anthony Carlson and all unknown persons and entities having an interest in the defendants;

2. All the right, title and interest of the defaulted persons and entities is forfeited to the plaintiff, and no right,

title or interest in the defendants shall exist in any other person or entity; and

3. The United States Secret Service shall dispose of the defendants in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 27, 2001

David S. Doty, Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information must be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.